# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1903
Lower Tribunal No. 2017-CA-003984-O

_____

RICHARD BAIR

Appellant,

v.

MTGLQ INVESTORS, L.P.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM, J., and LAMBERT, B.D., Associate Judge, concur.


Ryan Fojo, of The Ticktin Law Group, Deerfield Beach, for Appellant.

Ralph W. Confreda, Jr., of Hinshaw & Culbertson, LLP, Ft. Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED